Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

    vs

SAN DIEGO FRICTION PRODUCTS, INC.; STONECREEK HOMES, INC. and DOES 1 THROUGH 10, Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1201 DMS WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL - 3 2008

W. Samuel Hamrick, Jr.

CLERK            DATE

J. PARIS
(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action            Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)