Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -3 PM 4: 21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____DEPUTY

KAREL SPIKES,

    Plaintiff,

       vs

SAN DIEGO FRICTION PRODUCTS,
INC.; STONECREEK HOMES, INC.
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1201 DMS WMc

TO: (Name and Address of Defendant)

*SAN DIEGO FRICTION PRODUCTS, INC.*
*Agent: Elden J. Woldt*
*11125 Promesa Drive*
*San Diego, CA 92124*

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vahdeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

    An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL - 3 2008

_____
W. Samuel Hamrick, Jr.
CLERK

J. PARIS
SEAL

By _____, Deputy Clerk

                                                               DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/28/2008 |
| NAME OF SERVER *(PRINT)*<br>CARRIE FOULK | TITLE<br>REGISTERED PROCESS SERVER # 1230 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:
   Kaylinn Woldt ( Wife )

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES<br>$50.00 | TOTAL<br>$50.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____7/28/2008_____       _Carrie Foulk_
                Date                  *Signature of Server*

                P.O Box 1794 El Cajon, CA 92020
                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.